UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK MEDEIROS, | ) | **CIVIL ACTION**<br>**NO: 04CV12466JLT** |
| Plaintiff | ) | |
| | ) | |
| V. | ) | NOTICE OF CHANGE OF |
| | ) | ATTORNEY'S ADDRESS |
| JEFFERSON PILOT FINANCIAL | ) | |
| INSURANCE COMPANY, | ) | |
| Defendant | ) | |

To The Clerk:

Please take notice that the address of Plaintiff's Attorney in the above matter is changed to:

Richard K. Latimer
Box 590
Falmouth, MA  02541

For the Plaintiff,
By His Attorney,

Richard K. Latimer, Esquire
Kistin Babitsky Latimer & Beitman
13 Falmouth Hts. Road, Box 590
Falmouth, MA  02541-0590
(508) 540-1606
BBO#: 287840

Dated:  December 21, 2004