AO 440 (Rev. 8/01) Summons in a Civil Action

968143

# UNITED STATES DISTRICT COURT

EASTERN                               District of   MASSACHUSETTS

MARK MEDEIROS,
        Plaintiff

V.

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,
        Defendant

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 04-12466JLT

TO: (Name and address of Defendant)

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY
8801 Indian Hills Drive
Omaha, Nebraska  68114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Latimer
Kistin Babitsky Latimer & Beitman
Box 590, 13 Falmouth Heights Road
Falmouth, MA  02541-0590

an answer to the complaint which is served on you with this summons, within  **twenty**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                              December 20, 2004

_____                          _____
CLERK                                                     DATE

_____
(By) DEPUTY CLERK

AFFIDAVIT FOR SERVICE

STATE OF NEBRASKA)
                 ) SS           INDEX: 968143
COUNTY OF DOUGLAS)

I, THE UNDERSIGNED, BEING FIRST DULY SWORN, ON OATH DEPOSE AND STATE THAT I AM OVER THE AGE OF 18 YEARS, AND A RESIDENT AND A DESIGNATED AGENT OF THE SHERIFF OF DOUGLAS COUNTY, NEBRASKA

RECEIVED THIS SUMMONS ON JANUARY 12, 2005, AND SERVED THE SAME ON JANUARY 12, 2005 ON THE WITHIN NAMED JEFFERSON PILOT FINANCIAL INSURANCE COMPANY BY DELIVERING TO AND LEAVING WITH JULIE BLACK, SECRETARY OF THE LAW DEPARTMENT PERSONALLY AT 8801 INDIAN HILLS DRIVE, IN DOUGLAS COUNTY, NEBRASKA, AT 2:10 P.M., A TRUE AND DULY CERTIFIED COPY OF THIS SUMMONS TOGETHER WITH A COPY OF THE AMENDED COMPLAINT & COPY OF THE CIVIL COVER SHEET FILED IN THIS CASE.

_____
MICHAEL NOLAN
DESIGNATED AGENT OF THE SHERIFF

SUBSCRIBED TO AND SWORN BEFORE ME ON JANUARY 13, 2005

_____
GENERAL NOTARY-STATE OF NEBRASKA

FEES    $    50.00   PAID

TOTAL   $    50.00   PAID

GENERAL NOTARY - State of Nebraska
CHERYL L. FREESE
My Comm. Exp. May 17, 2008