UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 12466 JLT

| | |
|---|---|
| MARK MEDEIROS. <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| JEFFERSON PILOT FINANCIAL <br> INSURANCE COMPANY, <br> Defendant | ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

COME NOW, Philip M. Howe, Esquire and the law firm of Lecomte, Emanuelson and Doyle and file their Notice of Appearance as counsel for the

Defendant, Jefferson Pilot Financial Insurance Company.

        Respectfully submitted,
        Defendant,
        JEFFERSON PILOT FINANCIAL
        INSURANCE COMPANY,
        By Its Attorneys,

        _____
        Philip M. Howe, Esquire
        Lecomte, Emanuelson and Doyle
        Batterymarch Park II
        One Pine Hill Dr.
        Suite 101
        Quincy, MA 02169
        BBO #242220
        (617) 328-1900

Dated: _____

## CERIFICATE OF SERVICE

I, Philip M. Howe, Esquire of the law firm of Lecomte, Emanuelson and Doyle attorneys for the Defendant Jefferson Pilot Financial Insurance Company do hereby certify that I have on this ___ day of April, 2005 served a copy of the within Notice of Appearance via first-class mail, postage paid to:

        Richard K. Latimer, Esquire
        Kistin, Babitsky, Latimer & Beitman
        13 Falmouth Heights Road
        Falmouth, MA 02541

_____
Philip M. Howe