UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 12466 JLT

MARK MEDEIROS. )
    Plaintiff )
)
v. )
)
JEFFERSON PILOT FINANCIAL )
INSURANCE COMPANY, )
    Defendant )

## JOINT MOTION TO EXTEND THE DATE TO RESPOND TO THE COMPLAINT

Now come the parties and jointly move this Honorable Court to extend time to respond to the Complaint to May 16, 2005. The parties have been and are in settlement negotiations and the additional time will facilitate those negotiations.

Respectfully submitted,
Plaintiff,
MARK MEDEIROS

By His Attorneys,

Richard K. Latimer, Esquire
Kistin, Babitsky, Latimer & Beitman
P.O. Box 590, 13 Falmouth Heights Rd.
Falmouth, MA 02541
BBO # 287840
(508) 540 – 1606

Respectfully submitted,
Defendant,
JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,

By Its Attorneys,

Philip M. Howe, Esquire
Lecomte, Emanuelson and Doyle
Batterymarch Park II
One Pine Hill Dr.
Suite 101
Quincy, MA 02169
BBO #242220
(617) 328-1900

Dated: April 18, 2005

Dated: April 15, 2005