UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARK MEDEIROS,**
        **Plaintiff**

**V.**                                                **CA 04-12466-JLT**

**JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,**
        **Defendant**

NOTICE OF VOLUNTARY DISMISSAL

      Pursuant to F. R. Civ. P., Rule 41, as the matter at issue has been settled and there being no answer on file, the Plaintiff Mark Medeiros gives Notice that the action is hereby dismissed, with prejudice, in its entirety, with no costs to any party.

      Dated:  July 14, 2006

                                                **For the Plaintiff**

                                                **/s/ Richard K. Latimer**